## United States District Court
### Violation Notice
(Rev. 1/2020)

NP22267854

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| A107 | E 1430602 | Stack | 1795 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 08/31/2022 7:38 AM | 36 CFR 2.35 (c) |

Place of Offense: Grand Canyon Nat'l Park, Intersection of Center Rd and Albright Rd

Offense Description: Factual Basis for Charge  HAZMAT ☐
Under influence of alcohol to a degree that endangers oneself

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Jones | Jerome | B |

City: Peridot   State: AZ   Zip Code: 85542   Date of Birth: 1973

Drivers License No.: (ID)   D.L. State: AZ   Social Security No.: ___-___-1623

☒ Adult  ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: BLK   Eyes: Brn   Height: 5'11"   Weight: 190

**VEHICLE**

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions

In custody + Arrest

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

---

UNITED STATES DISTRICT COURT VIOLATION NOTICE
Case #: NP22267854

22-04329-MJ-01-PCT-CDB

---

Page 1 of 1

Violation No. E1430602   Loc. Code A107
**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on August 31, 20 22 while exercising my duties as a law enforcement officer in the District of Arizona in Grand Canyon National Park

around 0724 hours, I responded to the report of a male laying in the woods near the intersection of Center and Albright roads. I saw a man later identified by his AZ ID as Jerome B JONES laying on his side in the dirt, about 30 yards from the crosswalk as kids were heading to school. JONES was asleep. I observed dried blood coming from recent scrapes and cuts on his lower legs and drops of blood on his shoes. I woke JONES up. As I crouched down near him, I could smell the odor of an alcoholic beverage emanating from him. JONES told me got lost last night and slept on the ground. The overnight temperature was in the mid 50's. He had on a t-shirt and light shorts. He was shivering. JONES consented to a preliminary breath test, which registered a BAC of 0.231. I placed JONES under arrest for 36 CFR 2.35(c), under the influence of alcohol to a degree that endangers oneself. I transported JONES to Station 1, where he consented to an evidential breath sample which provided a BAC of 0.287.

Body cam video was taken by all officers involved.

Case # NP22267854

The foregoing statement is based upon:
☒ My personal observation   ☒ my personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **DAVID STACK** Digitally signed by DAVID STACK Date: 2022.08.31 15:06:22 -07'00'
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles** Digitally signed by Camille D. Bibles Date: 2022.08.31 17:29:09 -07'00'
Date (mm/dd/yyyy)   U.S. Magistrate Judge